Ben J. SCHILLACI

v.

Sandra Dianne SCHILLACI

2130305

Court of Civil Appeals of Alabama.

03/27/2015

Affirmed

Burnard Craig PATTERSON

v.

Lisa Margaret PATTERSON

2130320

Court of Civil Appeals of Alabama.

02/13/2015

Affirmed

B.M.

v.

JEFFERSON CTY. DEP'T OF HUMAN RES.

2130346

Court of Civil Appeals of Alabama.

01/16/2015

Reh. denied

LaHendrix HOUSTON

v.

CITY OF BESSEMER et al.

2130371

Court of Civil Appeals of Alabama.

01/16/2015

Affirmed

Juanita STEWART

v.

CITY OF BESSEMER et al.

2130372

Court of Civil Appeals of Alabama.

01/16/2015

Affirmed